UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　Respondent/Plaintiff<br><br>v.<br><br>Miguel Angel Luna-Rugama,<br><br>　　　Petitioner/Defendant | 2:14-cr-00318-JAD-PAL-1<br><br>**Order Directing Response** |

　　On August 12, 2016, petitioner Miguel Angel Luna-Rugama filed a § 2254 motion to vacate his 26-month sentence for illegal reentry, arguing that this sentence was illegally enhanced under USSG §2L1.2(b)(1)(C) and 18 USC § 16(B) in light of the United States Supreme Court's decision in *Johnson v. United States*,[1] in which the Court held that the ACCA's residual clause is unconstitutionally vague.[2] Rule 4 of the Rules Governing Section 2255 Cases in the United States District Courts directs me to promptly examine § 2255 motions and, unless it plainly appears that the movant is not entitled to relief, direct the government to file a response. Having reviewed the motion and the record in this case under this standard, I find that a response is warranted.

　　IT IS HEREBY ORDERED that **the government must file a response to Luna-Rugama's motion [ECF No. 25] by February 19, 2017.** Luna-Rugama will have 30 days from service of the government's response to file a reply.

　　Dated this 4th day of January, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] *Johnson v. United States*, 135 S. Ct. 2551 (2015).

[2] ECF No. 25.